IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WALTER THARRINGTON,<br><br>　　　　　　　　Defendant. | CRIMINAL ACTION<br>NO. 24-310 |

### ORDER

**AND NOW**, this 28th day of March 2025, upon consideration of Defendant's Motion to Suppress Custodial Statements (Doc. No. 25), the Government's Response in Opposition (Doc. No. 28), the video and audio recording of Defendant's time in the interrogation room at the Federal Bureau of Investigation Field Office, the statements made by counsel for the parties at the hearing on the Motion (Doc. No. 25) held on March 13, 2025, Defendant's Supplemental Memorandum (Doc. No. 47), the stipulated transcript of the audio recording (Doc. No. 47-1), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that Defendant's Motion to Suppress Custodial Statements (Doc. No. 25) is **GRANTED** in part and **DENIED** in part as follows:

1. Defendant's pre-<u>Miranda</u> statements are suppressed.

2. Defendant's post-<u>Miranda</u> statements are suppressed.

3. Defendant's booking statements regarding his aliases and mother's phone number are suppressed.

4. Defendant's booking statements regarding his social security number, middle initial, parents' birth country, whether he was recently in a jail or medical facility, and emergency

1

contact information will not be suppressed and may be used by the Government at trial.

                              BY THE COURT:

                              /s/ Joel H. Slomsky
                              JOEL H. SLOMSKY, J.