IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

WALTER THARRINGTON,

Defendant.

CRIMINAL ACTION
NO. 24-310

## ORDER

**AND NOW**, this 22nd day of August 2025, upon consideration of Defendant's Motion for Judgment of Acquittal Pursuant to Federal Rule of Criminal Procedure 29 and/or for a New Trial Pursuant to Federal Rule of Criminal Procedure 33 (Doc. No. 110), the Government's Response in Opposition (Doc. No. 112), Defendant's Reply (Doc. No. 113), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that the Motion (Doc. No. 110) is **GRANTED** in part and **DENIED** in part as follows:

1. The Motion for Judgment of Acquittal Pursuant to Federal Rule of Criminal Procedure 29 and/or for a New Trial Pursuant to Federal Rule of Criminal Procedure 33 (Doc. No. 110) is **DENIED** on Count One, charging sex trafficking of a minor, in violation of 18 U.S.C. § 1591(a)(1) and (c).

2. The Motion for Judgment of Acquittal Pursuant to Federal Rule of Criminal Procedure 29 (Doc. No. 110) is **GRANTED** on Count Three, charging advertising child pornography, in violation of 18 U.S.C. § 2251(d)(1)(A).

3. The Motion for Judgment of Acquittal Pursuant to Federal Rule of Criminal Procedure 29 and/or for a New Trial Pursuant to Federal Rule of Criminal Procedure 33 (Doc. No. 110)

is **DENIED** on Count Four, charging possession of child pornography, in violation of 18

U.S.C. § 2252(a)(4)(B).

4.  The Motion for a New Trial Pursuant to Federal Rule of Criminal Procedure 33 (Doc. No.

110) is **DENIED** on the remainder of Defendant's allegations that he was not afforded a

fair trial.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.